# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>DJINO SERGE FWALA *individually doing business as* Club Equateur and EQUATEUR LLC, *a business entity doing business as* Club Equateur, )<br><br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:11-CV-515-D** |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Default Judgment [D.E. 17] is GRANTED. Judgment is hereby ENTERED against Equateur, LLC in the amount of $3,000.00 in statutory damages, $1,012.50 in attorneys' fees, and $350.00 in costs. Defendant Djino Serge Fwala is not individually liable for judgment. The clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **SEPTEMBER 23, 2013** WITH A COPY TO:

Jeremy Todd Browner (via CM/ECF Notice of Electronic Filing)


September 23, 2013                      JULIE A. RICHARDS, Clerk
Date                                   Eastern District of North Carolina

                                       /s/ Debby Sawyer
                                       (By) Deputy Clerk

Raleigh, North Carolina