# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DJINO SERGE FWALA *individually doing* ) <br> *business as* Club Equateur and ) <br> EQUATEUR LLC, *a business entity doing* ) <br> *business as* Club Equateur, ) <br> ) <br> Defendants. ) | **AMENDED** <br> **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:11-CV-515-D** |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Default Judgment [D.E. 17] is GRANTED. Judgment is hereby ENTERED against Equateur, LLC in the amount of $3,000.00 in statutory damages, $1,012.50 in attorneys' fees, and $350.00 in costs. Defendant Djino Serge Fwala is not individually liable for judgment. The clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**SEPTEMBER 30, 2013**</u> **WITH A COPY TO:**

Jeremy Todd Browner (via CM/ECF Notice of Electronic Filing)


<u>September 30, 2013</u>                         JULIE A. RICHARDS, Clerk
Date                                         Eastern District of North Carolina

                                                    <u>/s/ Debby Sawyer</u>
                                                    (By) Deputy Clerk

Raleigh, North Carolina